# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**SETHARANYA PHOU**<br><br>　　　　　　　　　Defendant. | CR NO:　1:13-CR-224 LJO/SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　　　☐ Ad Testificandum

Name of Detainee:　SETHARANYA PHOU
Detained at:　Lancaster State Prison
Detainee is:　a.)　☒ charged in this district by:　☒ Indictment　☐ Information　☐ Complaint
　　　　　　　　　　　charging detainee with:　18/922(g)(1)-Felon in Possession of a Firearm
　　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☐ return to the custody of detaining facility upon termination of proceedings
　　or　b.)　☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:　/s/ Kimberly A. Sanchez
Printed Name & Phone No:　KIMBERLY A. SANCHEZ
Attorney of Record for:　United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　　☐ Ad Testificandum

　　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:　February 12, 2014　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☒ Male　☐ Female |
| Booking or CDC #:　F58270 | DOB: |
| Facility Address:　Lancaster State Prison | Race: |
| Facility Phone: | FBI#: |
| Currently | |

## RETURN OF SERVICE

Executed on:　_____　　　_____
　　　　　　　　　　　　　　　　　　(signature)