IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00224-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| SETHARANYA PHOU | |
| Defendant. | |

The above named defendant has been accepted to WestCare residential drug treatment program for a period of up to 180 days.

IT IS HEREBY ORDERED that the defendant shall be released on Monday, February 19, 2018 at 9:00am, to a representative of the Westcare Residential Drug Treatment Program in Fresno, California.

IT IS SO ORDERED.

Dated: **February 13, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE